

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:      01-14-00361-CR

Style:      Blake Anthony Monakino v. The State of Texas

Date motions filed[*]:      August 17 and 25, 2015

Type of motions:      Letter-Motion for Tape or Release and Motion for Time Served

Party filing motions:      Pro Se Appellant

Document to be filed:      N/A

Is appeal accelerated?      No.

Ordered that motions are:

    ☐ Granted

    ☐ Denied

    ☑ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because appellant is represented by counsel, his *pro se* letter-motions for a tape of a hearing held on November 6, 2014, or else release from custody, filed on August 17, 2015, and for time served, filed on August 25, 2015, are **DISMISSED**. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (no entitlement to hybrid representation). Appellant is directed to communicate directly with his counsel, Melissa Martin.

Judge's signature: /s/ Evelyn V. Keyes
          ☒ Acting individually

Date: September 1, 2015